In the Matter of JUVONDI PENDER, Appellant, v NEW YORK STATE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES et al., Respondents.

Submitted October 1, 2007; decided November 19, 2007

Reported below, 27 AD3d 756.

Motion for reargument of motion for leave to appeal denied. Motion for poor person relief dismissed as academic [*see* 9 NY3d 805 (2007)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRONSON FRANK, Appellant.

Submitted October 15, 2007; decided November 19, 2007

Reported below, 37 AD3d 1043.

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 803 (2007)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KHALIL ABDUL-AZIZ, Appellant, v BRIAN FISCHER, Respondent.

Submitted August 27, 2007; decided November 19, 2007

Reported below, 2007 NY Slip Op 73519(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

UNITED PICKLE PRODUCTS CORP. et al., Respondents, v PRAYER TEMPLE COMMUNITY CHURCH, Appellant.

Submitted September 24, 2007; decided November 19, 2007

Reported below, 43 AD3d 307.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.